# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3045
LT Case No. 2022-DR-002499-FM

_____

ZUREHIMA MILAGROS SANTIAGO,

Appellant,

v.

FELIX MANUEL ALEJANDRO,

Appellee.

_____

Nonfinal appeal from the Circuit Court for Duval County.
Mark Harrison Mahon, Judge.

Zurehima Milagros Santiago, Cleveland, OH, pro se.

No Appearance for Appellee.

January 26, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY and KILBANE, JJ., concur.
MAKAR, J., concurs in result, with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

MAKAR, J., concurring in result, with opinion.

I concur in affirmance but do not rely on the summary affirmance rule in doing so.